IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) FREDRICK F. DUNLAP, | ) |
| Plaintiff, | ) |
| vs. | ) Case No.   12-CIV-197-CVE-TLW |
| (1) STATE FARM FIRE AND CASUALTY COMPANY, a Foreign Corporation, | ) |
| Defendant. | ) |

### STIPULATION FOR ORDER OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, by and through his attorney of record, and Defendant's counsel, and would show the Court that this matter has been compromised and settled and, therefore, moves the Court for an Order Of Dismissal With Prejudice.

/s/ Paul Boudreaux
Paul Boudreaux
Attorney for Plaintiff


/s/ John S. Gladd
John S. Gladd
Attorney for Defendant